# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>DLOTT, SUSAN J. | 2. Court or Organization<br><br>US SOUTHERN DISTRICT OF OHIO | 3. Date of Report<br><br>05/06/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US CHIEF DIST JUDGE-ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2015<br>to<br>12/31/2015 |

| 7. Chambers or Office Address |
|---|
| U.S. COURTHOUSE, ROOM 227<br>100 EAST FIFTH STREET<br>CINCINNATI, OHIO 45202 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | CO-PERSONAL REPRESENTATIVE | ESTATE #1 |
| 2. | EXECUTOR | ESTATE #2 |
| 3. | GENERAL MANAGER | MILFORD ONE, LLC |
| 4. | BOARD MEMBER AND EXECUTIVE COMMITTEE MEMBER | YWCA |
| 5. | SOLE MEMBER | CORY KUMLER LLC |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **DLOTT, SUSAN J.** | 05/06/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **DLOTT, SUSAN J.** | 05/06/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. KAYNE ANDERSON M LP INVESTMENT - RP# 2 | D | Dividend | | | Sold | 12/18/15 | K | | |
| 2. BOND - MIAMI UNIVERSITY OHIO GENERAL RECEIPTS REVENUE 2.0% - RP# 2 | C | Interest | | | Matured | 09/01/15 | M | | |
| 3. BOND - KENTUCKY RURAL WATER FINANCING CORP 4.00% - RP# 2 | D | Interest | M | T | | | | | |
| 4. BOND - KENTUCKY ASSOC. OF COUNTIES FINANCING 4.250% - RP# 2 | D | Interest | N | T | | | | | |
| 5. ORACLE CORPORATION - RP# 2 | A | Dividend | L | T | | | | | |
| 6. CASH RP# 2 | | None | M | T | | | | | |
| 7. CASH RP# 1 | | None | J | T | | | | | |
| 8. WOMENS CAPITAL CLUB PARTNERSHIP (2.32558% onwership) | | None | K | W | | | | | |
| 9. TORTOISE MLP & PIPELINE - RP# 2 | C | Dividend | L | T | | | | | |
| 10. FIFTH THIRD BANK CHECKING ACCTS | A | Interest | M | T | | | | | |
| 11. AIR PRODUCTS AND CHEMICALS - RP# 2 | B | Dividend | L | T | | | | | |
| 12. CHEVRON CORP - RP# 1 | A | Dividend | J | T | | | | | |
| 13. MICROSOFT CORP - RP# 2 | B | Dividend | L | T | | | | | |
| 14. PEPSICO INC - RP# 2 | C | Dividend | M | T | | | | | |
| 15. CONOCOPHILLIPS - RP# 2 | C | Dividend | K | T | | | | | |
| 16. PROCTER & GAMBLE CO - RP# 2 | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. QUALCOMM, INC. - RP# 2 | B | Dividend | | | Sold | 09/09/15 | K | | |
| 18. EXXON MOBIL CORPORATION - RP# 2 | C | Dividend | L | T | | | | | |
| 19. JOHNSON & JOHNSON - RP# 2 | C | Dividend | M | T | | | | | |
| 20. BECTON, DICKSON AND COMPANY - RP# 2 | B | Dividend | L | T | | | | | |
| 21. OWENS & MINOR INC HOLDING COMPANY - RP# 2 | B | Dividend | L | T | | | | | |
| 22. MERCK & CO INC - RP# 2 | B | Dividend | L | T | Buy (add'l) | 02/11/15 | K | | |
| 23. MARSH & MCLENNAN COMPANIES, INC - RP# 1 | A | Dividend | J | T | | | | | |
| 24. BOND - PICKERINGTON OHIO LOCAL SCHOOL, 4.125%, DUE 12/1/16 - RP# 2 | C | Interest | L | T | | | | | |
| 25. APPLE INC - RP# 1 | A | Dividend | J | T | | | | | |
| 26. 3M COMPANY SHARES - RP# 2 | B | Dividend | L | T | | | | | |
| 27. CINCINNATI FINANCIAL CORP SHARES - RP# 2 | B | Dividend | L | T | | | | | |
| 28. DOMINION RESOURCES SHARES - RP# 2 | | None | | | Sold | 02/11/15 | M | F | |
| 29. EMERSON ELECTRIC COMPANY - RP# 2 | B | Dividend | L | T | | | | | |
| 30. RENAISSANCERE HOLDINGS - RP# 2 | A | Dividend | L | T | | | | | |
| 31. BOND - STATE OF OHIO BLDG AUTH REV, 5%, DUE 10/1/17 - RP#2 | D | Interest | M | T | | | | | |
| 32. LINEAR TECHNOLOGY CORP - RP# 2 | A | Dividend | K | T | | | | | |
| 33. ROYAL DUTCH SHELL PLC - RP# 2 | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. RYDEX SER FDS BIOTECHNOLOGY FD INVS CL RYOIX - Wells Fargo acct | B | Dividend | L | T | Buy (add'l) | 01/15/15 | K | | |
| 35. NESTLE A SPONSORED ADR - RP# 2 | B | Dividend | K | T | | | | | |
| 36. SCHLUMBERGER LTD - RP# 2 | B | Dividend | L | T | Buy (add'l) | 09/21/15 | K | | |
| 37. RENAISSANCERE HOLDINGS LIMITED - RP# 1 | | None | | | Sold | 01/16/15 | J | A | |
| 38. VANGUARD 500 INDEX FD ADMIRAL - Wells Fargo acct | C | Dividend | M | T | Sold (part) | 01/12/15 | K | C | |
| 39. | | None | | | Buy (add'l) | 06/15/15 | L | | |
| 40. | | None | | | Sold (part) | 12/10/15 | L | D | |
| 41. RALPH LAUREN CORP CL A - Wells Fargo acct | A | Dividend | K | T | Sold (part) | 01/15/15 | K | E | |
| 42. TATA MOTORS LTD - SPNS ADR - Wells Fargo acct | | None | K | T | | | | | |
| 43. BOND - GREATER CLEVELAND OH REGIONAL TRANSPORTATION AUTH GNE - RP# 2 | D | Interest | M | T | | | | | |
| 44. BOND - MASON OHIO GEN 4% DUE 12/01/20 - RP# 2 | D | Interest | M | T | | | | | |
| 45. BOND - NORTH OLMSTED OHIO GEN. 5.250% DUE 12/1/20 - RP# 2 | D | Interest | M | T | | | | | |
| 46. BORG WARNER INC - RP# 2 | A | Dividend | L | T | | | | | |
| 47. BOND - BEAVERCREEK OHIO CITY SCHOOL DISTRICT 4.75% - RP# 2 | D | Interest | N | T | | | | | |
| 48. BOND - DUBLIN OHIO CITY SCHOOL DISTRICT FAC. 4.0% - RP# 2 | D | Interest | M | T | | | | | |
| 49. BOND - KENTON CTY. KY SCHOOL DISTRICT FINANCE 4.5% - RP# 2 | D | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. TJX Companies INC - RP# 2 | A | Dividend | L | T | | | | | |
| 51. WALT DISNEY HOLDING CO - RP# 2 | B | Dividend | L | T | | | | | |
| 52. WALGREEN COMPANY - RP# 2 | B | Dividend | M | T | | | | | |
| 53. DANAHER CORPORATION - RP# 1 | A | Dividend | | | Sold | 01/22/15 | J | B | |
| 54. LOWE'S COMPANIES INC - RP# 2 | B | Dividend | L | T | | | | | |
| 55. BOND - UNIVERSITY OF TOLEDO OHIO REV 5.00% due 6/1/26 - RP#2 | C | Interest | M | T | | | | | |
| 56. SECTOR SPDR TECHNOLOGY SELECT- RP# 2 | B | Dividend | M | T | Buy | 02/04/15 | M | | |
| 57. WISDOMTREE EUROPE HEDGED EQTY - RP# 2 | E | Dividend | M | T | Buy | 01/16/15 | M | | |
| 58. CELEGENE CORP - RP# 2 | | None | L | T | Buy | 02/04/15 | L | | |
| 59. PFIZER INC - RP# 2 | | None | L | T | Buy | 12/18/15 | L | | |
| 60. FORTUNE BRANDS - RP# 2 | A | Dividend | L | T | Buy | 09/09/15 | L | | |
| 61. CAPITAL ONE FINANCIAL VAR 5.550% - RP# 2 | B | Dividend | L | T | Buy | 06/15/15 | L | | |
| 62. WASTE MANAGEMENT INC- RP# 2 | | None | L | T | Buy | 12/18/15 | L | | |
| 63. MEDTRONIC PLC F - RP# 2 | A | Dividend | L | T | Buy | 09/21/15 | L | | |
| 64. BANK OF AMERICA FIX TO FLOAT P - RP# 2 | D | Dividend | L | T | Buy | 03/05/15 | L | | |
| 65. ISHARES RUSSELL 2000 ETF - RP# 2 | B | Dividend | M | T | Buy | 02/11/15 | M | | |
| 66. ISHARES MSCI EAFE ETF - RP# 2 | C | Dividend | M | T | Buy | 02/11/15 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| DLOTT, SUSAN J. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. MACY'S INC -RP# 2 | B | Dividend | | | Buy | 02/11/15 | L | | |
| 68. | | None | | | Sold | 12/18/15 | K | | |
| 69. POTASH CORP OF SASKATCH, INC - RP# 1 | A | Dividend | | | Sold | 07/10/15 | J | | |
| 70. PEPSICO INCORPORATED - Wells Fargo acct | B | Dividend | L | T | Buy (add'l) | 06/11/15 | K | | |
| 71. NOVARTIS - Wells Fargo acct | B | Dividend | K | T | | | | | |
| 72. JOHNSON & JOHNSON - RP# 1 | A | Dividend | J | T | | | | | |
| 73. PIMCO COMMODITY REAL RETURN STRAT FD - ML acct | B | Dividend | K | T | | | | | |
| 74. ALLERGAN INC - Wells Fargo acct | A | Dividend | L | T | Sold (part) | 01/15/15 | K | | |
| 75. | | None | | | Sold (part) | 03/17/15 | L | | |
| 76. | | None | | | Buy (add'l) | 03/17/15 | K | | |
| 77. | | None | | | Buy (add'l) | 06/11/15 | K | | |
| 78. POTASH CORP SASK INC - RP# 2 | B | Dividend | K | T | | | | | |
| 79. CASH MERRILL LYNCH ACCOUNT | A | Interest | N | T | | | | | |
| 80. APPLE INC - Wells Fargo acct | B | Dividend | M | T | | | | | |
| 81. MARSH & MCLENNAN COMPANIES, INC. - RP# 2 | B | Dividend | L | T | | | | | |
| 82. DANAHER CORPORATION - RP# 2 | A | Dividend | L | T | | | | | |
| 83. KNOWLES CORP (FORMERLY DOVER CORP) - RP# 2 | A | Dividend | | | Sold | 08/13/15 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. PRICELINE.COM INC - RP# 1 | | None | | | Sold | 12/18/15 | J | C | |
| 85. INVESCO LIMITED - RP# 2 | B | Dividend | L | T | Buy (add'l) | 02/11/15 | K | | |
| 86. PETMED EXPRESS INC - Wells Fargo acct | A | Dividend | | | Sold | 04/21/15 | K | C | |
| 87. CAPITAL ONE FINANCIAL CORP - RP# 2 | B | Dividend | L | T | | | | | |
| 88. AT&T INC. - Wells Fargo acct | A | Dividend | | | Sold | 06/11/15 | K | D | |
| 89. NORFOLK SOUTHERN CORP. - RP# 2 | B | Dividend | L | T | Buy (add'l) | 08/13/15 | K | | |
| 90. JP MORGAN CHASE & CO - RP# 2 | B | Dividend | L | T | | | | | |
| 91. BOND - NATIONAL POWER CORP - ML acct | A | Interest | J | T | | | | | |
| 92. PROCTER & GAMBLE CO - RP# 1 | A | Dividend | J | T | | | | | |
| 93. VISA INC CL A -RP# 2 | A | Dividend | L | T | | | | | |
| 94. EMERSON ELECTRIC CO- RP# 1 | A | Dividend | J | T | | | | | |
| 95. MICROSOFT CORPORATION - RP# 1 | A | Dividend | J | T | | | | | |
| 96. NESTLE S A SPONSORED ADR - RP# 1 | A | Dividend | | | Sold | 06/15/15 | J | A | |
| 97. MILFORD ONE, LLC - RENTAL PPTY MILFORD, OH | | None | M | W | | | | | |
| 98. CASH WELLS FARGO ACCOUNT | A | Interest | L | T | | | | | |
| 99. BOND - COLORADO ST HIGHER ED CAPITAL CONST. - 5% CERTIFICATES - RP# 2 | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 100. ROYAL DUTCH SHELL - RP# 1 | A | Dividend | J | T | | | | | |
| 101. UNION PACIFIC CORPORATION - RP# 1 | A | Dividend | J | T | Buy (add'l) | 08/13/15 | J | | |
| 102. WALT DISNEY CORPORATION - RP# 1 | A | Dividend | J | T | | | | | |
| 103. CVS CORPORATION - RP# 1 | A | Dividend | J | T | | | | | |
| 104. PERRIGO CO - RP# 2 | A | Dividend | | | Sold | 04/13/15 | L | D | |
| 105. FLAHERTY & CRUMRINE PFD SEC INC FD - ML acct | B | Dividend | J | T | | | | | |
| 106. TORTOISE MLP & PIPELINE - RP# 1 | A | Dividend | J | T | | | | | |
| 107. CHEVRON CORP - RP# 1 | B | Dividend | K | T | | | | | |
| 108. HARTFORD CAP APPREC FD C - ML acct | D | Dividend | L | T | | | | | |
| 109. CSX CORP - Wells Fargo acct | A | Dividend | K | T | Buy (add'l) | 06/11/15 | K | | |
| 110. ALPHABET INC (FORMERLY GOOGLE INC) CL A - Wells Fargo acct | | None | L | T | Buy (add'l) | 01/15/15 | K | | |
| 111. ANTHEM INC - Wells Fargo acct | A | Dividend | K | T | Buy (add'l) | 06/11/15 | K | | |
| 112. GENERAL MILLS INC - Wells Fargo acct | A | Dividend | | | Sold | 06/11/15 | K | D | |
| 113. ALPHABET INC (FORMERLY GOOGLE INC) CL C - Wells Fargo acct | | None | K | T | | | | | |
| 114. UNITED PARCEL SERVICE - RP# 1 | B | Dividend | L | T | Buy (add'l) | 08/13/15 | K | | |
| 115. ALLIANZGI CONV AND INCOME FD II - ML acct | B | Dividend | J | T | | | | | |
| 116. UNITED TECHNOLOGIES CORP - RP# 2 | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 117. XILINX INC - RP# 2 | B | Dividend | L | T | Buy (add'l) | 02/11/15 | K | | |
| 118. BLACKROCK GLOBAL ALLOCATION FUND INC C - ML acct | E | Dividend | N | T | | | | | |
| 119. ASHLAND INC NEW ASH - Wells Fargo acct | A | Dividend | K | T | Buy (add'l) | 06/11/15 | J | | |
| 120. GENERAL ELECTRIC COMPANY GE - Wells Fargo acct | B | Dividend | K | T | | | | | |
| 121. ISHARES ET MSCI USA ESG SELECT KLD - Wells Fargo acct | A | Dividend | K | T | Buy (add'l) | 06/11/15 | J | | |
| 122. UNDER ARMOR INC CLASS A UA - Wells Fargo acct | | None | L | T | Buy (add'l) | 06/11/15 | J | | |
| 123. QUALCOMM INC - Wells Fargo acct | | None | | | Buy | 01/15/15 | K | | |
| 124. QUALCOMM INC - Wells Fargo acct | | None | | | Sold | 06/11/15 | K | | |
| 125. SKYWORKS SOLUTIONS INC - Wells Fargo acct | A | Dividend | K | T | Buy | 10/19/15 | K | | |
| 126. TESLA MOTORS INC - Wells Fargo acct | | None | L | T | Buy | 04/16/15 | K | | |
| 127. BOND - INDIAN RIVER CNTY FL SCH - ML acct | A | Interest | K | T | | | | | |
| 128. DELTA AIR LINES - ML acct | A | Dividend | J | T | | | | | |
| 129. ALLIANCEBERNSTEIN NATION - ML acct | A | Dividend | J | T | | | | | |
| 130. BLACKROCK MUNI INC - ML acct | C | Dividend | K | T | | | | | |
| 131. DWS MUNICIPAL INCOME TR - ML acct | A | Dividend | J | T | | | | | |
| 132. INVESCO MUNICIPAL - ML acct | A | Dividend | J | T | | | | | |
| 133. INVESCO ADVANTAGE MUNICIP - ML acct | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 134. INVESCO MUNICIPAL TRUST - ML acct | A | Dividend | J | T | | | | | |
| 135. NUVEEN DIV ADV MUNI - ML acct | C | Dividend | L | T | | | | | |
| 136. NUVEEN INS DIV ADV MINI FUND - ML acct | A | Dividend | J | T | | | | | |
| 137. BLACKROCK CORP HY FND IV - ML acct | B | Dividend | J | T | | | | | |
| 138. GENERAL MILLS - RP# 1 | A | Dividend | J | T | | | | | |
| 139. GENERAL ELECTRIC - RP# 1 | A | Dividend | | | Sold | 04/17/15 | J | A | |
| 140. 3M CO - RP# 1 | A | Dividend | J | T | | | | | |
| 141. AMERISOURCE BERGEN CORP - RP# 1 | A | Dividend | J | T | | | | | |
| 142. BOEING CO - RP# 1 | A | Dividend | J | T | | | | | |
| 143. BORG WARNER INC - RP# 1 | A | Dividend | J | T | | | | | |
| 144. CAPITAL ONE FINANCIAL CORP - RP# 1 | A | Dividend | J | T | | | | | |
| 145. FISERV INC - RP# 1 | | None | J | T | | | | | |
| 146. JP MORGAN CHASE & CO - RP# 1 | A | Dividend | J | T | | | | | |
| 147. KROGER CO - RP# 1 | A | Dividend | J | T | | | | | |
| 148. INVESCO LIMITED - RP# 1 | A | Dividend | J | T | | | | | |
| 149. LOWE'S COMPANIES INC - RP# 1 | A | Dividend | J | T | | | | | |
| 150. MERCK & CO INC - RP# 1 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 151. MORGAN STANLEY GROUP - RP# 1 | A | Dividend | J | T | | | | | |
| 152. PERRIGO CO - RP# 1 | A | Dividend | | | Sold | 04/13/15 | J | B | |
| 153. SCHLUMBERGER LTD - RP# 1 | A | Dividend | J | T | Buy (add'l) | 09/08/15 | J | | |
| 154. SECTOR SPDR TECHNOLOGY SELECT SHARE - RP# 1 | A | Dividend | J | T | | | | | |
| 155. STRYKER CORP - RP# 1 | A | Dividend | J | T | | | | | |
| 156. TJX COMPANIES INC - RP# 1 | A | Dividend | J | T | | | | | |
| 157. UNITED TECHNOLOGIES CORP - RP# 1 | A | Dividend | J | T | | | | | |
| 158. UNITED HEALTH GROUP INC - RP# 1 | A | Dividend | J | T | | | | | |
| 159. VERIZON COMMUNICATIONS - RP# 1 | A | Dividend | J | T | | | | | |
| 160. VISA INC CLASS A - RP# 1 | A | Dividend | J | T | | | | | |
| 161. XILINX INC - RP# 1 | A | Dividend | J | T | | | | | |
| 162. OAKMARK INTERNATIONAL FUND - RP# 1 | B | Dividend | K | T | Buy (add'l) | 05/04/15 | J | | |
| 163. BOND - FMC TECHNOLOGIES INC - RP# 1 | A | Interest | K | T | | | | | |
| 164. BOND - CARNIVAL CORP - RP# 1 | A | Interest | K | T | | | | | |
| 165. BOND - BANK OF AMERICA CORP - RP# 1 | A | Interest | K | T | | | | | |
| 166. BOND - JB HUNT TRANSPORT SVCS - RP# 1 | A | Interest | K | T | | | | | |
| 167. BOND - BP CAPITAL MARKETS PLC - RP# 1 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 168. BOND - GATX CORP - RP# 1 | A | Interest | K | T | | | | | |
| 169. PARTNERRE 5.875% SERIES F - RP# 1 | B | Dividend | K | T | | | | | |
| 170. SUN TRUST BANK 5.875% SERIES - RP# 1 | B | Dividend | K | T | | | | | |
| 171. EATON VANCE FLOATING-RATE - RP# 1 | A | Dividend | K | T | | | | | |
| 172. PALMER SQUARE INCOME PLUS - RP# 1 | A | Dividend | | | Sold | 05/04/15 | K | A | |
| 173. ARTISAN MID CAP VALUE FUND - RP# 1 | | None | | | Sold | 01/15/15 | K | | |
| 174. FIRST EAGLE OVERSEAS - RP# 1 | | None | | | Sold | 06/11/15 | K | | |
| 175. OPPENHEIMER DEVELOPING - RP# 1 | | None | | | Sold | 08/21/15 | K | | |
| 176. SCHWAB U.S. LARGE-CAP ETF - RP# 1 | A | Dividend | K | T | | | | | |
| 177. WISDOMTREE EUROPE HEDGED - RP# 1 | B | Dividend | K | T | | | | | |
| 178. PEPSICO INC - RP# 1 | A | Dividend | J | T | | | | | |
| 179. EOG RESOURCES INC- RP# 1 | A | Dividend | J | T | Buy | 01/16/15 | J | | |
| 180. BANK OF NY MELLON CO - RP# 1 | A | Dividend | J | T | Buy | 08/28/15 | J | | |
| 181. UNITED PARCEL SRVC CLASS B - RP# 1 | A | Dividend | J | T | Buy | 08/13/15 | J | | |
| 182. PFIZER INC - RP# 1 | | None | J | T | Buy | 12/18/15 | J | | |
| 183. BANKUNITED INC - RP# 1 | A | Dividend | J | T | Buy | 03/05/15 | J | | |
| 184. MEDTRONIC PLC F - RP# 1 | A | Dividend | J | T | Buy | 09/22/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 185.  CELEGENE CORP- RP# 1 | | None | J | T | Buy | 05/13/15 | J | | |
| 186.  FORTUNE BRANDS - RP# 1 | A | Dividend | J | T | Buy | 09/08/15 | J | | |
| 187.  ALPHABET INC (FORMERLY GOOGLE) Class C - RP# 1 | | None | J | T | Buy | 06/15/15 | J | | |
| 188.  BOND - BOSTON SCIENTIFIC - RP# 1 | A | Interest | K | T | Buy | 05/06/15 | K | | |
| 189.  ISHARES RUSSELL 2000 ETF - RP# 1 | A | Dividend | K | T | Buy | 01/22/15 | K | | |
| 190.  ISHARES MSCI EAFE ETF - RP# 1 | A | Dividend | K | T | Buy | 06/15/15 | K | | |
| 191.  MORGAN STANLEY GROUP - RP# 2 | B | Dividend | L | T | | | | | |
| 192.  VERIZON COMMUNICATIONS - RP# 2 | C | Dividend | L | T | | | | | |
| 193.  ALPHABET INC (FORMALLY GOOGLE INC) CL C - RP #2 | | None | M | T | | | | | |
| 194.  3D SYS CORP - Wells Fargo acct | | None | K | T | Buy (add'l) | 01/15/15 | J | | |
| 195. | | None | | | Buy (add'l) | 06/11/15 | K | | |
| 196.  NETFLIX.COM INC - Wells Fargo acct | | None | L | T | | | | | |
| 197.  WHOLE FOODS MARKET INC - Wells Fargo acct | A | Dividend | K | T | | | | | |
| 198.  HALLIBURTON CO - Wells Fargo acct | A | Dividend | | | Sold | 06/11/15 | L | | |
| 199.  NORTH SIDE BANK CHECKING ACCOUNT (X) | B | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 05/06/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART I

ESTATES NOTED ARE IN THE NAME OF IMMEDIATE FAMILY MEMBERS, AND THEREFORE, ASSETS ARE NOT LISTED IN PART VII. THESE ESTATES WERE CLOSED IN 2015.

YWCA BOARD MEMBER AND EXECUTIVE COMMITTEE MEMBER; TERM ENDED IN 2015.

PART VII

LISTED STOCKS ARE COMMON SHARES UNLESS OTHERWISE NOTED.

ALL WOMEN'S CLUB INVESTMENTS ARE REPORTED AT THE AGGREGATE VALUE. JUDGE DLOTT OWNS 2.32558%.

LINES 6, 7, 79, AND 98 ARE CASH ACCOUNTS HELD IN INVESTMENT ACCOUNTS FOR FUTURE PURCHASES.

JUDGE DLOTT FILES A TAX RETURN SEPERATE FROM HER SPOUSE (I.E. NOT A JOINT TAX RETURN). AS SUCH, THE ASSETS OF HER SPOUSE ARE NOT REPORTED WITHIN THIS FEDERAL DISCLOSURE REPORT, WHICH IS CONSISTENT WITH HISTORICAL FILINGS.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ SUSAN J. DLOTT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544